IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| KIMBERLY GUYOR | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV02011   SWW |
| WILLIAM D. STURCH | * | |
| | * | |
| Defendant | * | |

## ORDER

Plaintiff Kimberly Guyor commenced this action in state court, seeking relief for alleged injuries she sustained in a vehicular accident.  The United States of America removed the action to federal court, alleging that Plaintiff's exclusive avenue for relief is a claim pursuant to the Federal Tort Claims Act.  Now before the Court is Plaintiff's motion for voluntary dismissal, stating that she wishes to dismiss this case in order to pursue her administrative claim as required under the Federal Tort Claims Act.  The Court finds that Plaintiff is entitled to voluntary dismissal, without prejudice, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff's motion for voluntary dismissal (docket entry #3) is GRANTED.  This action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 24th DAY OF JANUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE